**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ERIC S. BRAITHWAITE,** *pro se***,**

    **Plaintiff(s),**

v.                                                       **CASE NO:  8:07-CV-1503-T-30MSS**

**ROBERT HAUSER, Pinellas County**
**Government,**

    **Defendant(s).**
_____/

**ORDER OF DISMISSAL**

Plaintiff(s) has/have failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #3) entered on December 27, 2007.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 15, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Plaintiff(s)

*F:\Docs\2007\07-cv-1503.dismissal.wpd*